# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2024 KW 0874

VERSUS

JACOB DEVEAUX

**DECEMBER 16, 2024**

---

In Re:    Jacob Deveaux, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 2001224.

---

**BEFORE:    GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

   **WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the guilty plea transcript, the State's response, if any, the bill of information, the commitment order, pertinent district court minutes, or any other documentation that would support the claims set out in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**JMG**
**AHP**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT